JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOSCHE INDUSTRIES, INC., <br><br> Defendant. | Case No.: 2:20-cv-11478-CAS-JEMx <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> Judge:      Christina A. Snyder <br> Trial Date:  N/A |

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED.

Dated: December 15, 2021

_____
Honorable Christina A. Snyder
United States District Judge